IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS OF THE STATE OF CALIFORNIA,

    Defendant.

No. C 09-00087 JSW

**ORDER DENYING APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **AND DISMISSING COMPLAINT**

    The Court has received Plaintiff's complaint and application to proceed *in forma pauperis*, both filed in this Court on January 8, 2009. The Court may authorize a plaintiff to file an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a). The *in forma pauperis* statute also provides that the Court shall dismiss the case if at any time the Court determines that the allegation of poverty is untrue, or that the action (1) is frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

    It is impossible to discern from Plaintiff's complaint any of the essential details of the events that triggered the lawsuit, or the legal theories under which he seeks relief. The text of the handwritten complaint is unreadable and to the extent the Court can decipher any portion, it appears nothing has arisen in this jurisdiction. Plaintiff has failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8

of the Federal Rules of Civil Procedure.

Accordingly, the Court HEREBY DISMISSES the Complaint with leave to amend and DENIES the application to proceed *in forma pauperis*. If Plaintiff wishes to pursue this action, he must file an amended complaint and a renewed application to proceed *in forma pauperis* by **March 13, 2009**. Failure to file a cognizable legal claim by this date shall result in dismissal of this action with prejudice. The Court advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that additional assistance may be available by making an appointment with the Legal Help Center, which is located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, 94102.

In light of this Order, the date for the Case Management Conference, previously set for April 24, 2009 at 1:30 p.m., is VACATED and will be reset by the Court at a later date if necessary.

**IT IS SO ORDERED.**

Dated: February 26, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

        Plaintiff,

  v.

DEPARTMENT OF CORRECTIONS OF THE STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV09-00087 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tyrone Hurt
801 Penn One Ct.
Washington, DC 20003

Dated: February 26, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk