IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS OF THE STATE OF CALIFORNIA,

    Defendant.

No. C 09-00087 JSW

**ORDER DISMISSING COMPLAINT**

On February 26, 2009, this Court issued an order denying the application to proceed *in forma pauperis* as well as dismissing the complaint with leave to amend. The Court found that it was impossible to discern from Plaintiff's complaint any of the essential details of the events that triggered the lawsuit, or the legal theories under which he seeks relief. The text of the handwritten complaint was unreadable and to the extent the Court can decipher any portion, it appears nothing has arisen in this jurisdiction. Plaintiff has failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure.

The Court instructed that if Plaintiff wished to pursue this action, he had to file an amended complaint and a renewed application to proceed *in forma pauperis* by March 13, 2009 and that failure to file a cognizable legal claim by this date shall result in dismissal of this action with prejudice.

On May 5, 2009 the Court received a series of printouts from the internet. On July 14, 2009, the Court received an eligible letter from Plaintiff. However, having failed to file an amended complaint and a renewed application to proceed *in forma pauperis* by March 13, 2009, the case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: July 17, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS OF
THE STATE OF CALIFORNIA et al,

    Defendant.

Case Number: CV09-00087 JSW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tyrone Hurt
801 Penn One Ct.
Washington, DC 20003

Dated: July 21, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk